# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Revolution Auto Brokers, L.L.C.**
Debtor(s)

Case No. **25-10403**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Linda Landry**<br>**2260 East Centerbury**<br>**La Place, LA 70068** | **Membership Interest** | **50%** | **Membership Interest** |
| **Mickey Landry**<br>**2260 East Canterbury**<br>**La Place, LA 70068** | **Membership Interest** | **50%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 6, 2025**

Signature **/s/ Mickey Landry**
**Mickey Landry**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders