# United States Bankruptcy Court
## Eastern District of Louisiana

In re: **Revolution Auto Brokers, L.L.C.**
Debtor(s)

Case No. **25-10403**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Revolution Auto Brokers, L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**March 6, 2025**
Date

/s/ Ryan J. Richmond
**Ryan J. Richmond**
Signature of Attorney or Litigant
Counsel for **Revolution Auto Brokers, L.L.C.**
**Sternberg, Naccari & White, LLC**
**450 Laurel Street**
**Suite 1450**
**Baton Rouge, LA 70801**
**(225) 412-3667 Fax:(225) 286-3046**
**ryan@snw.law**