Fill in this information to identify the case:

Debtor name: **Revolution Auto Brokers, L.L.C.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**
Case number (if known): **25-10403**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Entergy<br>639 Loyola Avenue<br>28th Floor<br>New Orleans, LA 70113 | | Electricity and gas (may be in the name of Mickey L. Landry) | | | | $0.00 |
| First Insurance Funding<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook, IL 60062-7917 | | Insurance premium financing | | | | $0.00 |
| NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032 | | | Unliquidated<br>Disputed | | | $127,172.19 |
| PHH Mortgage Services<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | Immovable Property located at 500 Hemlock Street | | $210,000.00 | Unknown | Unknown |
| St. John the Baptist Parish Utilities<br>1811 W. Airline Highway<br>La Place, LA 70068 | | Utilities (may be in the name of Mickey L. Landry) | | | | $0.00 |