IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br><br> REVOLUTION AUTO BROKERS, L.L.C., <br><br> *Debtor-in-Possession*.[1] | Case No. 25-10403 <br><br> Chapter 11 (Subchapter V) <br><br> Section "A" |

## RESPONSE TO MOTION TO DISMISS OR CONVERT

**NOW INTO COURT**, through undersigned counsel, comes Revolution Auto Brokers, L.L.C. (the "Debtor") (the "Debtor"), who files response in opposition to the Motion to Dismiss Case, or, in the Alternative, to Convert Case to Chapter 7 (the "Motion to Dismiss")[2] filed by the Office of the United States Trustee, Region 5 (the "U.S. Trustee"). In opposition to dismissal or conversion, the Debtor represents:

1. The Debtor filed its monthly operating reports for the months of March, April, and May 2025 on July 18, 2025.[3] Only the June 2025 monthly operating report remains outstanding.

2. The Debtor has provided the U.S. Trustee with copies of its liability insurance. The Debtor has provided the U.S. Trustee with copies of the Spies and Elder leases.

3. The Debtor submits that it has complied or has substantially complied with the U.S. Trustee's document requests. To the extent any document remains

---

[1] The last four digits of the Debtor's federal tax identification number are 1333. The Debtor's mailing address is P.O. Box 722, La Place, LA 70069-0722.
[2] ECF No. 48.
[3] ECF Nos. 67-69.

outstanding, the Debtor intends to provide the U.S. Trustee with copies of such documents prior to the hearing on the Motion to Dismiss.

4. For these reasons, the Motion to Dismiss should be denied.

Submitted by:

**STERNBERG, NACCARI & WHITE, LLC**

By: **/s/ Ryan J. Richmond**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Tel. (225) 412-3667
Fax (225) 286-3046
ryan@snw.law

*Attorneys for Beeland Properties, LLC*